IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BART DEARDORFF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 17-cv-09263 |
| v. ) | |
| ) | Hon. Judge Thomas M. Durkin |
| ASSURANCE TECHNOLOGIES, INC. ) | |
| and KENNETH J. LOSACCO and ) | |
| MARIA LOSACCO, as individuals under ) | |
| FLSA and Illinois Wage Laws, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Bart Deardorff and Phillip Ebbesen, by and through their attorney, John C. Ireland of the Law Office of John C. Ireland, and Defendants Assurance Technologies, Inc., Kenneth J. Losacco and Maria Losacco, by and through one of their attorneys, Jeralyn H. Baran of Chuhak & Tecson, P.C., (collectively "the Parties"), move for approval of the settlement of this action. In support of their motion, the Parties state as follows:

1. Plaintiff Deardorff filed this action on December 26, 2017, alleging a violation of the Fair Labor Standards Act, 29 U.S.C. 201, *et seq*. ("FLSA"), and the Illinois Minimum Wage Law, 820 ICLS 105/1, *et seq*. Plaintiff Ebbesen joined this action on January 11, 2018, making similar allegations of statutory violations.

2. A *bona fide* dispute exists between the Parties, who recognize that the outcome in this action is uncertain and achieving a final result through litigation requires additional risk, discovery, time and expense.

3. After engaging in good faith arms-length negotiations, the Parties have reached a mutually satisfactory confidential resolution of their dispute, the terms of which are

- 2 -

memorialized in a Confidential Settlement Agreement and Mutual General Release of Claims ("Settlement Agreement"). A copy of the Settlement Agreement will be submitted to the Court *in camera* on the date of filing of this motion, but will not be filed in the public record.

4. Because this is an action seeking recovery of wages owed under the FLSA, the settlement requires court approval. *See e.g., Burkholder v. City of Ft. Wayne*, 750 F. Supp. 2d 990, 994-95 (N.D. Ind. 2010); *Lynn's Food Stores v. United States*, 679 F.2d 1350 1355 (11th Cir. 1982).

5. The Parties agree that the terms of the settlement are fair and reasonable.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the Settlement Agreement after adjudging it to be adequate, proper, fair and reasonable.

DATED: September 7, 2018

        Respectfully submitted,

| | |
|---|---|
| ASSURANCE TECHNOLOGIES, INC., KENNETH J. LOSACCO and MARIA LOSACCO, | BART DEARDORFF and PHILLIP EBBESEN |
| By: */s/ Jeralyn H. Baran* <br> One of their attorneys | By: */s/ John C. Ireland* <br> One of their attorneys |
| Jeralyn H. Baran (#6204145) <br> Michael D. Leifman (#6324233) <br> Chuhak & Tecson, P.C. <br> 30 S. Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> (312) 444-9300 <br> Facsimile: (312) 444-9027 <br> jbaran@chuhak.com <br> mleifman@chuhak.com | John C. Ireland (#6283137) <br> The Law Office of John C. Ireland <br> 636 Spruce Street <br> South Elgin, IL 60177 <br> (630) 464-9675 <br> Facsimile: (630) 206-0889 <br> attorneyireland@gmail. |

4823-1551-9086.1.29271.66071