# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bart Deardorff, et al.

                        Plaintiff,

v.                                                Case No.: 1:17−cv−09263
                                                         Honorable Thomas M. Durkin

Assurance Technologies, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Joint motion to approve settlement [46] is granted. Counsel will submit a draft order for signature. Status hearing held on 9/18/2018. Status hearing set for 10/22/2018 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.