IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BART DEARDORFF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 17-cv-09263 |
| v. ) | |
| ) | Hon. Judge Thomas M. Durkin |
| ASSURANCE TECHNOLOGIES, INC. ) | |
| and KENNETH J. LOSACCO and ) | |
| MARIA LOSACCO, as individuals under ) | |
| FLSA and Illinois Wage Laws, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Upon the Joint Motion to Dismiss filed by Plaintiffs Bart Deardorff and Phillip Ebbesen, by and through their attorney, John C. Ireland of the Law Office of John C. Ireland, and Defendants Assurance Technologies, Inc., Kenneth Losacco and Maria Losacco, by and through one of their attorneys, Jeralyn H. Baran of Chuhak & Tecson, P.C., due notice having been given and the Court being fully advised in the Premises:

IT IS HEREBY ORDERED:

The parties to this action reached a court-approved settlement of their dispute (Dkt# 48). Based on their resolution, this Court hereby dismisses this action with prejudice. Any action to enforce the terms of the settlement will be brought in this Court.

Dated: 10/10/2018

_____
Honorable District Judge Thomas M. Durkin

Agreed Order prepared by:
Jeralyn H. Baran (#6204145)
Chuhak & Tecson P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

- 2 -

(312) 444-9300
jbaran@chuhak.com

- 2 -

4829-7735-7427.1.29271.66071